JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a non-profit corporation, as successor-in-interest to SCREEN ACTORS GUILD, INC., on behalf of Affected Performers,<br><br>Petitioner,<br><br>v.<br><br>RILLINGTON PRODUCTIONS, LLC,<br><br>Respondent. | Case No.  CV13-05430-R (PJWx)<br><br>**JUDGMENT** |

This action came on for hearing before the Court on October 28, 2013, on a Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith by Petitioner SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS as successor-in-interest to Screen Actors Guild, Inc. ("SAG-AFTRA"), the Hon. Manuel L. Real, presiding.  Safeer Hopton and Emily Fung appeared on behalf of SAG-AFTRA.  There was no appearance on behalf of Respondent RILLINGTON PRODUCTIONS, LLC.

The Court having considered all of the pleadings and arguments submitted

by SAG-AFTRA, in connection with this motion, the pleadings and papers on file, and any oral and/or documentary evidence presented at the time of hearing rules as follows:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

1. The stipulated arbitration award in favor of Screen Actors Guild-American Federation of Television and Radio Artists, as successor-in-interest to Screen Actors Guild, Inc., ("SAG-AFTRA") and against RILLINGTON PRODUCTIONS, LLC ("Respondent"), Union Case No. 2002-0275, dated July 29, 2009, is confirmed in all respects.

2. SAG-AFTRA's request for attorneys' fees and costs is denied.

3. Respondent is ordered to pay as follows:

    (a) To Screen Actors Guild-American Federation of Television and Radio Artists, on behalf of affected performers, the sum of $42,533.33.

4. Screen Actors Guild-American Federation of Television and Radio Artists is hereby granted an assignment of Respondent's accounts receivable from the distribution, exhibition, exploitation or other use of the motion picture entitled *Gacy* also known as *The Crawl Space* anywhere in the world until the amounts due are paid in full.

5. SAG-AFTRA is authorized to engage in any of the remedial actions provided for in the Security Agreement.

6. The parties are to split any arbitrator fees.

Dated: _NOV. 12, 2013_

_____
Judge of the United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28